IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-03364-MSK-CBS

COMMERCE & INDUSTRY INSURANCE COMPANY; and
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

    Plaintiffs,

v.

USC, INC.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Parties' Joint Stipulated Motion to Dismiss With Prejudice (Motion) (**#14**) filed February 6, 2014. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**, and all claims asserted in this action are dismissed, with prejudice, each party to bear his, her or its own attorney fees and costs.

DATED this 6th day of February, 2014.

                BY THE COURT:

                *Marcia S. Krieger*
                _____
                Marcia S. Krieger
                United States District Court